IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Rashawn McDonald, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 17 C 7508 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| CSX Transportation, Inc., et al. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The portion of docket entry #13 stating "Case dismissed with prejudice. Civil case terminated" is vacated, as having been entered in error. Case is reinstated and the Clerk shall reopen this case on the court's docket. CSX Transportation, Inc., CSX Intermodal Terminals, Inc. and CSX Intermodal, Inc. are dismissed with prejudice as defendants in this case. Case remains pending as to defendant Norfolk Southern Railway Company. Status hearing is set for December 19, 2017 at 11:00 a.m.

Date: November 30, 2017

_____
U.S. District Judge Joan H. Lefkow